

# Missouri Court of Appeals
## Southern District

**JULY 31, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33098

    Re:  ROGER ROY NOLAN,
         Movant-Appellant,
         v.
         STATE OF MISSOURI,
         Respondent-Respondent.